**1169 BARNES vs. BOARD OF SUPERVISORS (Van Buren), No. 15411½. (For certiorari to Van Buren.)**

To compel respondent to order an election upon the question of the repeal of a resolution, prohibiting the sale of intoxicating liquors in the County of Van Buren.

Petition for writ denied February 26, 1896.

The board had determined that a sufficient number of electors had not joined in the petition; that certain petitioners were not

electors and that certain of the petitions were not posted as required by law.